FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA15-00068M |
| ALMA EDITH LETONA, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>Wednesday, February 25</u>, <u>2015</u>, at <u>2:00</u>  ☐a.m. / ☒p.m. before the Honorable <u>Douglas F. McCormick, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 2/24/2015

DOUGLAS F. McCORMICK
U.S. District Judge/Magistrate Judge