FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA    15-0068M |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| ALMA EDITH LETONA, | |
| Defendant. | |

I.

A.    ( )    On motion of the Government in a case allegedly involving:

1.    ( )    a crime of violence.

2.    ( )    an offense with maximum sentence of life imprisonment or death.

3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten years or more.

4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

///

///

1      5.    ( )     any felony that is not otherwise a crime of violence that involves a

2                    minor victim, or possession or use of a firearm or destructive device or

3                    any other dangerous weapon, or a failure to register under 18 U.S.C. §

4                    2250.

5   B.   ( X )   On motion by the Government/( ) on Court's own motion, in a case

6              allegedly involving:

7       ( X )   On the further allegation by the Government of:

8            1.    ( X )   a serious risk that the defendant will flee.

9            2.    ( )    a serious risk that the defendant will:

10               a.    ( )    obstruct or attempt to obstruct justice.

11               b.    ( )    threaten, injure or intimidate a prospective witness or

12                  juror, or attempt to do so.

13   C.   The Government ( ) is/( X ) is not entitled to a rebuttable presumption that no

14      condition or combination of conditions will reasonably assure the defendant's

15      appearance as required and the safety or any person or the community.

16

17                                      **II.**

18   A.   ( X )   The Court finds that no condition or combination of conditions will

19               reasonably assure:

20            1.    ( X )   the appearance of the defendant as required.

21                   ( X )    and/or

22            2.    ( X )   the safety of any person or the community.

23   B.   ( )    The Court finds that the defendant has not rebutted by sufficient evidence to

24              the contrary the presumption provided by statute.

25

26   ///

27   ///

28   ///

**III.**

The Court has considered:

A.  ( X )   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.  ( X )   the weight of the evidence against the defendant;

C.  ( X )   the history and characteristics of the defendant; and

D.  ( X )   the nature and seriousness of the danger to any person or the community.

**IV.**

The Court also has considered all the evidence presented at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation

**V.**

The Court bases the foregoing finding(s) on the following:

A.  ( X )   As to flight risk:

In making the determination whether conditions exist that would reasonably assure a defendant's appearance, this Court takes into account the four statutory factors: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the person; (3) the history and characteristics of the person, including his character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and (4) the nature and seriousness of the danger to any person or community that would be posed by the person's release. 18 U.S.C. § 3142(g). The Court has discretion as to the weight to be accorded to each of these factors. The Court finds that by a preponderance of the evidence there are no

3

1   conditions or combination of conditions that would reasonably assure Defendant's

2   appearance as required. The charged offense involved the use of a false name, bogus

3   emails, and at least one "straw" bank account to carry out the fraudulent scheme.

4   Defendant's history includes the use of multiple identifiers in the form of aliases and

5   two driver's license numbers. Defendant has a lengthy criminal history that includes

6   numerous fraud-related offenses. She has previously violated the terms of probation.

7   There is also an outstanding warrant for her arrest from the state of Oregon. Finally,

8   it appears from the government's proffer that Defendant took affirmative steps to

9   avoid arrest in this matter, such as changing cellular telephones and denying her

10  identity to the arresting agent.

11  _____

12  B.   ( )   As to danger:

13  _____

14  _____

15  _____

16  _____

17

18                              **VI.**

19  A.   ( )   The Court finds that a serious risk exists the defendant will:

20       1.   ( )   obstruct or attempt to obstruct justice.

21       2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

22  B.   The Court bases the foregoing finding(s) on the following:

23  _____

24  _____

25  _____

26

27

28

4

## VII.

A.     IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.     IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.     IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.     IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated:    Feb. 25, 2015

DOUGLAS F. McCORMICK
United States Magistrate Judge